<div style="float:right">RYMAN<br>v.<br>CLARK.</div>

---

## RYMAN *v.* CLARK.—In error.

A *FIERI FACIAS* was issued by a justice of the peace <span style="float:right">Thursday, September 7.</span>
and dated on the 21st of *July,* 1836. *Held,* that the 36 days
from the date of the execution, within which the constable
was bound to return it, expired on the 25th of *August,* 1836;
and that, therefore, a *scire facias* against the constable, dated
on the 26th of *August,* 1836, for not returning the execution,
was not objectionable as having issued too soon. *Jacobs* v.
*Graham,* 1 Blackf. 392.—*Arnold* v. *The United States,* 9
Cranch, 104.